# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ANIKA JOHNSON,

    Plaintiff,

v.

INTERNAL REVENUE SERVICE,

    Defendant.

Case No. 2:15-cv-00461-LDG (VCF)

**ORDER**

    For good cause shown,

    THE COURT **ADOPTS** the Report and Recommendation (#10);

    THE COURT **ORDERS** that this matter is DISMISSED without prejudice.

DATED this ____ day of September, 2015.

_____
Lloyd D. George
United States District Judge